IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERENCE D. WILLIAMS,
ADC #147749                                                                                          PLAINTIFF

5:16CV00254-JM-JTK

WENDY KELLEY, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Motion for Summary Judgment filed by Defendants Budnik and Kelley (Doc. No. 37) is GRANTED, and Budnik and Kelley are DISMISSED without prejudice for failure to exhaust.

2. Defendant Price is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

3. Plaintiff's Motions for Default Judgment (Doc. Nos. 25, 29) are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of June, 2017.

                                                                         JAMES M. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE